UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: James Patrick Gonzales

_____/

Case Number: CV07-02373 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Patrick Gonzales
D-68831
California Correctional Institution
P. O. Box 1031
Tehachapi, Ca 93581

Dated: March 6, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk